**Syed Muhammed Shuja Bakhat TAHA, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60271.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 17, 2005.

Sarfraz Aftab Sharif, Sharif & Associates, Houston, TX, for Petitioner.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

David V. Bernal, Thomas Ward Hussey, Director, Jennifer Paisner, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

This is an immigration case in which the petitioner, Taha, seeks review of a final order of the Board of Immigration Appeals (BIA) dismissing petitioner's appeal from the decision from the immigration judge finding petitioner removable as charged and denying his motion for a continuance and to suppress evidence. Petitioner filed a timely petition for review and this court has jurisdiction.

We have carefully reviewed the briefs and the order of the BIA. For the reasons stated by the BIA in its order which affirmed the decisions of the immigration judge, we find no reversible error and affirm the decision of the BIA.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.